**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable William J. Martínez**

Civil Action No. 15-cv-00905-WJM

JAMES ANDERSON,

    Applicant,

v.

MILLER, and
CYNTHIA COFFMAN, Attorney General of the State of Colorado,

    Respondents.

---

**ORDER FOR STATE COURT RECORD**

---

After preliminary consideration of the second amended Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, **within thirty days from the date of this order**, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Denver District Court case number 06CR1631, including all documents in the state court file and transcripts of all proceedings conducted in the state court and any physical evidence that is relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Denver County District Court
            1437 Bannock Street, Room 256
            Denver, Colorado 80202; and

(2)   Court Services Manager
      State Court Administrator's Office
      1300 Broadway, Suite 1200
      Denver, Colorado  80203.

Dated this 23rd day of September, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge