**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable William J. Martínez**

Civil Action No. 15-cv-905-WJM

JAMES ANDERSON,

    Applicant,

v.

MILLER, and
CYNTHIA COFFMAN, Attorney General of the State of Colorado,

    Respondents.

---

**ORDER**

---

This matter is before the Court on the *pro se* "Motion to Address Issues & Respond to 11-18, 15 Order" (ECF No. 28) filed November 25, 2015, by Applicant, James Anderson.  Although not entirely clear, Mr. Anderson apparently alleges in the motion that he has not received a copy of the Court's Order to Dismiss in Part (ECF No. 22) entered in this action on September 23, 2015, or a copy of the Answer (ECF No. 23) filed by Respondents on October 22, 2015.  The Court construes the motion liberally as a motion for copies of those documents.  So construed, the motion will be granted.  Applicant shall continue to have up to and including January 7, 2016, to file a traverse.  Accordingly, it is

**ORDERED** that the "Motion to Address Issues & Respond to 11-18, 15 Order" (ECF No. 28), which the Court has construed as a request for copies of the Court's Order to Dismiss in Part (ECF No. 22) and the Answer (ECF No. 23) filed by

Respondents, is GRANTED.  It is further

**ORDERED** that the Clerk of the Court mail to Applicant, together with a copy of this Order, a copy of the Court's Order to Dismiss in Part (ECF No. 22) and the Answer (ECF No. 23) filed by Respondents.

Dated this 1st day of December, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge